IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEITH LAMONT FRAZIER**                                                                    **PLAINTIFF**

V.                                        **4:25-CV-00032-BRW**

**BURNETT, *ET AL.***                                                                       **DEFENDANTS**

**ORDER**

Pending are Defendants' motions to dismiss (Doc. Nos. 5, 11). Plaintiff has responded.[1]

Plaintiff's amended complaint, embedded in his response to the pending motions, makes a variety of claims. A few examples follow: (1) the Assistant Chief at the Alexander Police Department used an ACIC system without using a fingerprint card; (2) failure to properly respond to FOIA requests; (3) claims under the "George Floyd Mandate to Intervene" statute; (4) negligence by an FBI agent and Assistant United States Attorney because Plaintiff investigated the Alexander Police Department; (5) flags were not properly displayed at the Alexander Police Department; and (6) nepotism and fraternization.[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no federal cause of action against Defendants for which relief may be granted, the motions to dismiss (Doc. Nos. 5, 11) are GRANTED. The motion for reconsideration (Doc. No. 15) is DENIED. This case is DISMISSED.

IT IS SO ORDERED this 6th day of February, 2025.

                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 13, 14.

[2] Doc. No. 14.